# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 07Mj 2548 |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Maria Del Rocio Jimenez | ) | Booking No. 05651-298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __10/31/07__

the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__✓ am e&m__ Defendant released on $ __10,000 P/S__ bond posted.

__✓__ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. __18 USC 545 (5899)__

RECEIVED 2007 OCT 31 AM 10:19

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
_____ Deputy Clerk

Received _____
          DUSM

Crim-9  (Rev 6-95)                                             ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY